THE BANK OF THE STATE OF GEORGIA *vs*. THE CIT-
IZENS' BANK *et al.*

The plaintiff in error having asked leave to withdraw the writ of
error in this case after argument thereon, but before any written
decision thereon had been agreed upon by the court, it is ordered
that the leave be granted and the judgment be affirmed.

Practice in the Supreme Court. At February Term,
1881.

The facts are sufficiently stated in the head-note.

McCAY & TRIPPE; HOPKINS & GLENN, for plaintiff in
error.

J. L. BROWN; N. J. HAMMOND; J. T. PENDLETON, for
defendant.

JACKSON, Chief Justice.

Whilst this court has held that where it had considered
and decided a cause argued before it, the writ of error
would not be allowed to be withdrawn, yet that case had
been decided in writing, and the written judgment of the
court had been prepared for delivery. In this case noth-
ing of the sort was done—nothing in writing had been
agreed upon, and no judgment had been prepared. There-
fore the leave is granted, and the writ of error is with-
drawn, and the judgment below is affirmed.

Indeed, in any case we do not see why, if the applica-
tion be made before the judgment of the court is pro-
nounced, the writ of error may not be withdrawn, all par-
ties assenting.

But we rule in this case that it may undoubtedly be
done, because no judgment had been agreed upon—none
in writing—and there could hardly be any other sort in a
court of record.

Leave to withdraw granted.